[No. 53730-0-I. Division One. August 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HENRY MOLINA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06431-5, Anthony P. Wartnick, J., entered January 26, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Kennedy and Ellington, JJ.

[No. 53860-8-I. Division One. August 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL KRISTOPHER LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00229-0, George N. Bowden, J., entered February 2, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Schindler, JJ.

[No. 53871-3-I. Division One. August 15, 2005.]

KATHY WILCOX ET AL., *Appellants*, v. LEXINGTON EYE INSTITUTE, *Defendant*, PETER STOCKDILL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-16664-4, Mary Yu, J., entered March 1, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Kennedy and Agid, JJ. Now published in part at 130 Wn. App. 234.

[No. 53963-9-I. Division One. August 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT LEE BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01122-6, David A. Nichols, J., entered March 2, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.